# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 34. Disclosure Statement under FRAP 26.1 and Circuit Rule 26.1-1

*Instructions for this form:* [http://www.ca9.uscourts.gov/forms/form34instructions.pdf](http://www.ca9.uscourts.gov/forms/form34instructions.pdf)

**9th Cir. Case Number(s)** | 24-7312, 24-7300, 24-7304

Name(s) of party/parties, prospective intervenor(s), or amicus/amici filing this form:

> ByteDance Ltd., ByteDance Inc., TikTok Inc., TikTok LLC, TikTok Ltd.

Under FRAP 26.1 and Circuit Rule 26.1-1, I make the following disclosures:

1. I disclose the following information required by FRAP 26.1(a) and/or Circuit Rule 26.1-1(b) for any nongovernmental corporation, association, joint venture, partnership, limited liability company, or similar entity[1] which is a party, prospective intervenor, or amicus curiae in any proceeding, or which the government identifies as an organizational victim below in section 2 of this form,[2] or which is a debtor as disclosed below in section 3 of this form.

   a. Does the party, prospective intervenor, amicus, victim, or debtor have any parent companies? Parent companies include all companies that control the entity directly or indirectly through intermediaries.
   ⦿ Yes     ◯ No

   If yes, identify all parent corporations of each entity, including all generations of parent corporations *(attach additional pages as necessary)*:

   > Please see attached.

   b. Is 10% or more of the stock of the party, prospective intervenor, amicus, victim, or debtor owned by a publicly held corporation or other publicly held entity?
   ◯ Yes     ⦿ No

---

[1] A corporate entity must be identified by its full corporate name as registered with a secretary of state's office and, if its stock is publicly listed, its stock symbol or "ticker."

[2] To the extent it can be obtained through due diligence.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 34**                              *1*                              *New 12/01/24*

If yes, identify all such owners for each entity *(attach additional pages as necessary)*:

> Please see attached.

2. In a criminal case, absent good cause shown, the government must identify here any organizational victim of the alleged criminal activity:

> n/a

3. In a bankruptcy case, the debtor, the trustee, or, if neither is a party, the appellant must identify here each debtor not named in the court of appeals caption:

> n/a

4. Are you aware of any judge serving on this Court who participated at any stage of the case, either in district court, administrative proceedings, or in related state court proceedings?
   ○ Yes      ⦿ No

   If yes, list the name of the judge and the case name, case number, and name of court of the related proceedings:

I certify that *(select only one)*:

⦿  this is the first disclosure statement filed in the above-referenced case by the above-identified party/parties, prospective intervenor(s), or amicus/amici, and this disclosure statement complies with FRAP 26.1 and Circuit Rule 26.1-1.

○  the party/parties, prospective intervenor(s), or amicus/amici submitting this supplemental disclosure statement has previously filed a compliant disclosure statement in this case, and this updated disclosure statement discloses changed or additional information.

○  I have reviewed this form, FRAP 26.1, and Circuit Rule 26.1-1 and, to the best of my knowledge, have no information to disclose at this time.

**Signature** s/David P. Mattern      **Date** 12/18/2024
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 34**                                  2                                  *New 12/01/24*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 34. Disclosure Statement under
## FRAP 26.1 and Circuit Rule 26.1-1

## Appendix

No. 24-7312, *Personal Injury Plaintiffs, et al. v. TikTok LLC, et al.*

**Name(s) of party/parties, prospective intervenor(s), or amicus/amici filing this form:** ByteDance Ltd., ByteDance Inc., TikTok Inc., TikTok LLC, TikTok Ltd.

1. ByteDance Inc. is a wholly owned subsidiary of ByteDance Ltd. ByteDance Ltd. is a privately held corporation; and

2. No public entity owns 10% or more of the stock of ByteDance Inc. or ByteDance Ltd.

3. TikTok Inc. is a wholly owned subsidiary of TikTok LLC, which is a wholly owned subsidiary of TikTok Ltd. TikTok Ltd. is a wholly owned subsidiary of ByteDance Ltd. ByteDance Ltd. is a privately held corporation; and

4. No public entity owns 10% or more of the stock of TikTok Inc. or ByteDance Ltd.