UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 20 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA; et al., <br><br> Plaintiffs - Appellees, <br><br> and <br><br> STATE OF NORTH DAKOTA, ex rel. Drew H. Wrigley and STATE OF GEORGIA, ex rel. Christopher M. Carr, <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC.; et al., <br><br> Defendants - Appellants. | No. 24-7032 <br><br> D.C. Nos. 4:23-cv-05448-YGR 4:22-md-03047-YGR Northern District of California, Oakland |
| PERSONAL INJURY PLAINTIFFS; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> META PLATFORMS, INC., f/k/a Facebook, Inc.; et al., <br><br> Defendants - Appellants, <br><br> and <br><br> SNAP INC.; et al., <br><br> Defendants. | No. 24-7037 <br><br> D.C. No. 4:22-md-03047-YGR Northern District of California, Oakland |

| | |
|---|---|
| STATE OF COLORADO,<br><br>        Plaintiff - Appellant,<br>and<br><br>PEOPLE OF THE STATE OF CALIFORNIA; et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>META PLATFORMS, INC.; et al.,<br><br>        Defendants - Appellees. | No. 24-7265<br><br>D.C. No.<br>4:23-cv-05448-YGR<br>Northern District of California, Oakland |
| MULTISTATE ATTORNEY GENERAL PLAINTIFFS,<br>        Plaintiff - Appellant,<br>and<br><br>PERSONAL INJURY PLAINTIFFS; et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>META PLATFORMS, INC.; et al.,<br><br>        Defendants - Appellees,<br>and<br><br>N. B.,<br>        Defendant. | No. 24-7300<br><br>D.C. No.<br>4:22-md-03047-YGR<br>Northern District of California, Oakland |

| | |
|---|---|
| PERSONAL INJURY PLAINTIFFS; et al., | No. 24-7312 |
| Plaintiffs - Appellees, | D.C. No. 4:22-md-03047-YGR Northern District of California, Oakland |
| v. | |
| BYTEDANCE LTD; et al., | |
| Defendants - Appellants, | |
| and | |
| META PLATFORMS, INC.; et al., | |
| Defendants. | |

| | |
|---|---|
| PERSONAL INJURY PLAINTIFFS and LOCAL GOVERNMENT AND SCHOOL DISTRICT PLAINTIFFS, | No. 24-7304 |
| Plaintiffs - Appellants, | D.C. No. 4:22-md-03047-YGR Northern District of California, Oakland |
| and | |
| MULTISTATE ATTORNEY GENERAL PLAINTIFFS and FLORIDA OFFICE OF THE ATTORNEY GENERAL, | |
| Plaintiffs, | |
| v. | |
| FACEBOOK HOLDINGS, LLC; et al., | |
| Defendants - Appellees. | |

These appeals are consolidated.

The joint motion (Docket Entry No. 43 in 24-7032) to modify the schedule for the pending motions to dismiss is granted. The responses to the pending motions and any cross-motions to dismiss are due January 10, 2025. The replies in support of the pending motions and the responses to any cross-motions are due January 21, 2025. The replies in support of any cross-motions are due January 28, 2025.

Briefing is stayed. If necessary, the court will establish a consolidated briefing schedule for these appeals after resolution of the motions to dismiss.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT