**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 3 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA; et al., | No. 24-7032 |
| Plaintiffs - Appellees, | D.C. Nos. 4:23-cv-05448-YGR 4:22-md-03047-YGR |
| and | Northern District of California, Oakland |
| STATE OF NORTH DAKOTA, ex rel. Drew H. Wrigley and STATE OF GEORGIA, ex rel. Christopher M. Carr, | ORDER |
| Plaintiffs, | |
| v. | |
| META PLATFORMS, INC.; et al., | |
| Defendants - Appellants. | |

| | |
|---|---|
| PERSONAL INJURY PLAINTIFFS; et al., | No. 24-7037 |
| Plaintiffs - Appellees, | D.C. No. 4:22-md-03047-YGR Northern District of California, Oakland |
| v. | |
| META PLATFORMS, INC., f/k/a Facebook, Inc.; et al., | |
| Defendants - Appellants, | |
| and | |
| SNAP INC.; et al., | |

| | |
|---|---|
| Defendants. | |
| STATE OF COLORADO, <br><br> Plaintiff - Appellant, <br><br> and <br><br> PEOPLE OF THE STATE OF CALIFORNIA; et al., <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC.; et al., <br><br> Defendants - Appellees. | No. 24-7265 <br><br> D.C. No. 4:23-cv-05448-YGR <br> Northern District of California, Oakland |
| MULTISTATE ATTORNEY GENERAL PLAINTIFFS, <br><br> Plaintiff - Appellant, <br><br> and <br><br> PERSONAL INJURY PLAINTIFFS; et al., <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC.; et al., <br><br> Defendants - Appellees, <br><br> and | No. 24-7300 <br><br> D.C. No. 4:22-md-03047-YGR <br> Northern District of California, Oakland |

| | |
|---|---|
| N. B., <br><br>        Defendant. | |
| PERSONAL INJURY PLAINTIFFS and LOCAL GOVERNMENT AND SCHOOL DISTRICT PLAINTIFFS, <br><br>        Plaintiffs - Appellants, <br><br>and <br><br>MULTISTATE ATTORNEY GENERAL PLAINTIFFS and FLORIDA OFFICE OF THE ATTORNEY GENERAL, <br><br>        Plaintiffs, <br><br>  v. <br><br>FACEBOOK HOLDINGS, LLC; et al., <br><br>        Defendants - Appellees. | No. 24-7304 <br><br>D.C. No. 4:22-md-03047-YGR <br>Northern District of California, Oakland |
| PERSONAL INJURY PLAINTIFFS; et al., <br><br>        Plaintiffs - Appellees, <br><br>  v. <br><br>BYTEDANCE LTD.; et al., <br><br>        Defendants - Appellants, <br><br>and <br><br>META PLATFORMS, INC.; et al., | No. 24-7312 <br><br>D.C. No. 4:22-md-03047-YGR <br>Northern District of California, Oakland |

|  |
|---|
| Defendants. |

The motion (Docket Entry No. 96) to voluntarily dismiss is granted as to the stipulating parties only. Fed. R. App. P. 42(b).

These consolidated cases shall proceed as to the remaining parties.

The motion (Docket Entry No. 101) for an extension of time to file the second briefs on cross-appeal is granted.

The consolidated second briefs on cross-appeal are due June 13, 2025. The consolidated third briefs on cross-appeal are due July 14, 2025. The optional cross-appeal reply briefs are due within 21 days after service of the consolidated third briefs on cross-appeal.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT