UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 6 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA; et al., Plaintiffs - Appellees, and STATE OF NORTH DAKOTA, ex rel. Drew H. Wrigley and STATE OF GEORGIA, ex rel. Christopher M. Carr, Plaintiffs, v. META PLATFORMS, INC.; et al., Defendants - Appellants. | No. 24-7032 D.C. Nos. 4:23-cv-05448-YGR 4:22-md-03047-YGR Northern District of California, Oakland ORDER |
| PERSONAL INJURY PLAINTIFFS; et al., Plaintiffs - Appellees, v. META PLATFORMS, INC., f/k/a Facebook, Inc.; et al., Defendants - Appellants, and SNAP INC.; et al., Defendants. | No. 24-7037 D.C. No. 4:22-md-03047-YGR Northern District of California, Oakland |

STATE OF COLORADO,

        Plaintiff - Appellant,

and

PEOPLE OF THE STATE OF
CALIFORNIA; et al.,

        Plaintiffs,

  v.

META PLATFORMS, INC.; et al.,

        Defendants - Appellees.

No. 24-7265

D.C. No. 4:23-cv-05448-YGR
Northern District of California,
Oakland

---

MULTISTATE ATTORNEY GENERAL
PLAINTIFFS,

        Plaintiff - Appellant,

and

PERSONAL INJURY PLAINTIFFS; et al.,

        Plaintiffs,

  v.

META PLATFORMS, INC.; et al.,

        Defendants - Appellees,

and

N. B.,

No. 24-7300

D.C. No. 4:22-md-03047-YGR
Northern District of California,
Oakland

| | |
|---|---|
| Defendant. | |

| | |
|---|---|
| PERSONAL INJURY PLAINTIFFS and LOCAL GOVERNMENT AND SCHOOL DISTRICT PLAINTIFFS, <br><br>        Plaintiffs - Appellants, <br><br> and <br><br> MULTISTATE ATTORNEY GENERAL PLAINTIFFS and FLORIDA OFFICE OF THE ATTORNEY GENERAL, <br><br>        Plaintiffs, <br><br>   v. <br><br> FACEBOOK HOLDINGS, LLC; et al., <br><br>        Defendants - Appellees. | No. 24-7304 <br><br> D.C. No. 4:22-md-03047-YGR <br> Northern District of California, Oakland |
| PERSONAL INJURY PLAINTIFFS; et al., <br><br>        Plaintiffs - Appellees, <br><br>   v. <br><br> BYTEDANCE LTD.; et al., <br><br>        Defendants - Appellants, <br><br> and <br><br> META PLATFORMS, INC.; et al., <br><br>        Defendants. | No. 24-7312 <br><br> D.C. No. 4:22-md-03047-YGR <br> Northern District of California, Oakland |

24-7032

The motion (Docket Entry No. 105) for an extension of time to file the second brief on cross-appeal is granted.

The consolidated second briefs on cross-appeal are due June 23, 2025. The consolidated third briefs on cross-appeal are due July 23, 2025. The optional cross-appeal reply briefs are due within 21 days after service of the consolidated third briefs on cross-appeal.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT